**DISMISS and Opinion Filed March 4, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-01009-CV

## BRUCE DWAIN COPELAND AND BRUCE COPELAND D.B.A. AB CONSTRUCTION & RESTORATION, Appellant
## V.
## MIC GENERAL INSURANCE CORPORATION, ET AL., Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-08292**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

After appellant failed to timely file his brief, we directed him by postcard to file the brief within ten days and cautioned him that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.3(a)(1); 42.3(b),(c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

211009F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

BRUCE DWAIN COPELAND AND
BRUCE COPELAND D.B.A. AB
CONSTRUCTION &
RESTORATION, Appellant

No. 05-21-01009-CV V.

MIC GENERAL INSURANCE
CORPORATION, ET AL., Appellees

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-08292.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

  In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered March 4, 2022